IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERRENCE CROSLIN             * | |
|     Plaintiff, | |
|                            * | |
|     v. | CIVIL ACTION NO. CCB-06-799 |
|                            * | |
| RALPH TYLER, et al., | |
|     Defendants.            * | |
|                            *** | |

**MEMORANDUM**

Plaintiff, a resident of Baltimore, Maryland, filed this action against City Solicitor Ralph Tyler, John Brophy, Jeff Rich, and Mark King. The gravamen of the complaint relates to plaintiff's allegation that his "red-light camera ticket" was improperly issued. Specifically, plaintiff states that he received a "Red-light camera ticket in the mail it showed my vehicle traveling thru a yellow light with only 2.9 seconds of yellow and the traffic light was still yellow." (sic) Paper No. 1.[1] It is unclear what relief he seeks. *Id.* Plaintiff has filed a motion for leave to proceed in forma pauperis (Paper No. 2), which shall be granted. For reasons to follow, the complaint shall be dismissed.

To state a claim under § 1983, plaintiff must allege that defendant was acting under color of state law and that the conduct alleges violated plaintiff's established rights or privileges as secured by the Constitution or federal laws. *See Cole v. Summey*, 329 F.Supp.2d 591, 596 (M.D. N.C. 2004). Such a claim may be brought only against those responsible for the deprivation of rights. *See Sanville v. McCaughtry*, 266 F.3d 724, 740 (7th Cir. 2001).

---

[1] This complaint recites virtually the same set of facts as *Croslin v. Tyler*, Civil Action No. CCB-05-3406 (D. Md. 2005) which was previously dismissed by this court.

Where, as here, plaintiff raises absolutely no constitutional claims against any of the named defendants, he has failed to meet the threshold requirements for maintaining a civil rights claim. This case shall be dismissed. A separate Order shall be entered in conformance with this Opinion.

|  |  |
|---|---|
| <u>   March 30, 2006   </u><br>Date | <u>            /s/                        </u><br>Catherine C. Blake<br>United States District Judge |